FILED
AUG 18 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>ADRIAN DE LA CRUZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 13CR3015-GPC<br><br>**ORDER OF DISMISSAL OF INFORMATION, EXONERATION OF BOND AND RELEASE OF PASSPORT** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by the U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED.**

Dated: 8/18/2014.

_____
HONORABLE DAVID H. BARTICK
United States Magistrate Judge